**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **FAADUMO HASAN AADEN,** | : |
| | :   **Case No. 2:25-cv-1293** |
|     **Plaintiff,** | : |
| | :   **Judge Algenon L. Marbley** |
| **v.** | : |
| | :   **Magistrate Judge Kimberly A. Jolson** |
| **BRIAN HEATH** *et al.***,** | : |
| | : |
|     **Defendants.** | : |

**ORDER**

This matter is before the Court on Plaintiff Faadumo Hasan Aaden's suit against Defendants Brian Heath, the Consul General of the U.S. Consulate in Frankfurt; Alan Meltzer, the Charge d'Affaires of the U.S. Embassy in Germany; and Marco Rubio, the U.S. Secretary of State. (ECF No. 1). Aaden, a United States citizen, seeks a writ of mandamus and injunctive relief against the Defendants to take action on her husband's I-130 visa application. Her husband is Somali. (*See id.* ¶¶ 1, 11).

Although Aaden filed this suit through counsel, her counsel sought permission to withdraw in April 2026. (ECF No. 15). The Magistrate Judge granted the motion to withdraw, and ordered Plaintiff to submit a status report by May 5, 2026, to advise the Court whether she had obtained new counsel or intended to proceed *pro se*. (ECF No. 16 at 1). The Magistrate Judge cautioned her that "failure to comply with this Order, or otherwise participate in this action, may result in her case being dismissed for want of prosecution." (*Id.* at 1).

To date, Plaintiff has failed to submit a status report as ordered. Accordingly, the Court **DISMISSES** this action without prejudice for failure to prosecute.

1

The Clerk of Court is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: May 18, 2026**

2